UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CV-00183-F

| | | |
|---|---|---|
| VAN CALVIN FLEMING, III, and JUDY McLAWHORN FLEMING | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DePUY ORTHOPAEDICS, INC., *et al.*, | ) | |
| Defendants. | ) | |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 20th day of August, 2012.

JAMES C. FOX
Senior United States District Judge